IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MATTHEW SHAWLEY,                        )
                                        )
                    Petitioner,         )
                                        )
        vs.                             )          No. CIV-12-0876-C
                                        )
JUSTIN JONES, Director of the           )
Oklahoma Department of Corrections,     )
                                        )
                    Respondent          )

ORDER OF DISMISSAL

This matter is before the Court on the Supplemental Report and Recommendation

entered by United States Magistrate Judge Gary M. Purcell on December 21, 2012.  The

court file reflects that no party has objected to the Report and Recommendation within the

time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its

entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 18)

is adopted and the petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 31st day of January, 2013.

ROBIN J. CAUTHRON
United States District Judge